# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 29, 2007

134503

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CLARENCE McKINNEY,
      Defendant-Appellant.

SC: 134503
COA: 276561
Wayne CC: 98-005705-01

_____/

      On order of the Court, the application for leave to appeal the April 6, 2007 order of the Court of Appeals is considered, and it is DENIED as moot.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 29, 2007

Clerk

p1022